UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEBASTIAN MARTINEZ-MUNOZ,

Petitioner,

Case No. 26-12632

v.

Hon. F. Kay Behm

TROY GOODNOUGH, ET. AL.,

Defendant.
________________________________/

**ORDER REGARDING LOCAL COUNSEL**

Any attorney appearing as attorney of record in the district court, who is a member of the bar of this court and is not an active member of the State Bar of Michigan, must promptly specify a member of the bar of this court with an office in the district as local counsel. *See* E.D. Mich. LR 83.20(f). The Court cautions counsel that proceeding in the case while failing to specify local counsel or to obtain an exception from the local rule may result in appropriate sanctions. *See id.*; E.D. Mich. LR 11.1.

**SO ORDERED.**

Dated: July 30, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge