UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEBASTIAN MARTINEZ-MUNOZ,

Petitioner,

v.

TROY GOODNOUGH, *et al.*,

Respondents.
______________________________/

Case No. 4:26-cv-12632

F. Kay Behm
United States District Judge

**ORDER REQUIRING SUPPLEMENTAL BRIEFING**

On July 30, 2026, Petitioner Sebastian Martinez-Munoz, a Colombian citizen, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, alleging that he is being unlawfully detained by Respondents at the Monroe County Jail in Monroe, Michigan. ECF No. 1.

The petition indicates that on July 8, 2026, Petitioner presented at his appointment with DHS officials in Miramar, Florida, where he was then arrested. ECF No. 1, PageID.14. Petitioner argues that his detention is unlawful in part because his arrest occurred without a warrant, and that a warrant was issued after he had already been arrested and detained. Respondents do not squarely address this issue in their response. *See* ECF

No. 8 ("On July 8, 2026, immigration officials arrested petitioner after issuing him a letter instructing him to appear at a local ICE office and elected to detain him for the remainder of his administrative removal proceedings under 8 U.S.C. § 1226(a). Officials issued a warrant for his arrest at that time.").

At present, the record before the Court includes the warrant, which indicates only that it was issued on July 8, 2026, the same day Petitioner was arrested. ECF No. 8-6. It is therefore unclear whether it was issued before or after Petitioner was arrested. As such, the parties are **ORDERED** to submit supplemental briefing, including supplemental evidence, regarding when the warrant for Petitioner's arrest was issued in relation to the time of his arrest. Respondents are, at a minimum, required to submit an affidavit from "M. Johnson," the individual who served the warrant, or one of the arresting officers, indicating whether the warrant was issued prior to or after Petitioner's arrest. Supplemental briefs are due **within 10 days of the date of this Order.**

**SO ORDERED.**

Date: October 7, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge