UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEBASTIAN MARTINEZ-MUNOZ,

Petitioner,

v.

TROY GOODNOUGH, *et al.*,

Respondents.
______________________________/

Case No. 4:26-cv-12632

F. Kay Behm
United States District Judge

**JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Opinion and Order granting the Petition for a Writ of Habeas Corpus, this case is closed. This is a final order.

**SO ORDERED.**

Date: November 4, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge